

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00225-CV

| | | |
|---|---|---|
| JAMES TOLIVER, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| V. | § | of Tarrant County (2015-000679-1) |
| | § | December 6, 2018 |
| CAREY DAVIS, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
  Justice Elizabeth Kerr